IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21- |
| v. | : | DATE FILED: |
| TAUHEED LLOYD | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) and 924(e) |
| | : | (possession of a firearm by a felon – 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about September 30, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TAUHEED LLOYD**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Weihrauch .357 caliber revolver, bearing serial number 1039172, loaded with six live rounds of .357 caliber ammunition; and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), as set forth in this indictment, defendant

### TAUHEED LLOYD

shall forfeit to the United States of America the firearm and ammunition involved in the commission of this offense, including but not limited to:

1. A Weihrauch .357 caliber revolver, bearing serial number 1039172; and
2. Six live rounds of .357 caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d), made applicable by Title 28 United States Code, Section 2461(c). A TRUE BILL:

**GRAND JURY FOREPERSON**

**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

No. _____

# UNITED STATES DISTRICT COURT

### Eastern District of Pennsylvania

### Criminal Division

THE UNITED STATES OF AMERICA

vs.

TAUHEED LLOYD

INDICTMENT

Counts

18 U.S.C. § 922(g)(1) and 924(e) (possession of a firearm by a felon – 1 count)
Notice of forfeiture

_A true bill_

_____
Foreman

Filed in open court this _10th_ day,
of _March_ A.D. 20_21_

_____
Clerk

Bail, $ _____