IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    v.

TAUHEED LLOYD,

             Defendant.

CRIMINAL ACTION
NO. 21-81

**ORDER**

    **AND NOW**, this 31st day of July 2024, upon consideration of Defendant's pro se Motions to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. § 2255 (Doc. Nos. 66, 71), the Government's Responses in Opposition to Defendant's Motions (Doc. Nos. 69, 76), and Defendant's Reply (Doc. No. 82), it is **ORDERED** that Defendant's Motions (Doc. Nos. 66, 71) are **DENIED**.  A certificate of appealability will not issue in this case because Defendant has failed to make a substantial showing of the denial of a constitutional right.

    It is further **ORDERED** that Defendant's Motion for Appointment of Counsel (Doc. No. 80) is **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.